| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Wilson Manifolds, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Aero Foil International<br>1920 Port City Blvd<br>Muskegon, MI 49442 | | | | | | $4,595.52 |
| BB&T Bank<br>POB 580050<br>Charlotte, NC 28258-0050 | | All physical inventory and assets | | $138,173.96 | $0.00 | $138,173.96 |
| Burger & Brown Engineering, Inc.<br>4500 East 142nd Street<br>Grandview, MO 64030 | | | | | | $3,000.00 |
| Champion Motorsports<br>3101 Centerport Circle<br>Pompano Beach, FL 33064 | | | | | | $5,568.50 |
| Comp Cam<br>3406 Democrat Road<br>Memphis, TN 38118 | | | | | | $2,588.08 |
| Connext Financial, Ltd.<br>POB 77077<br>Minneapolis, MN 55480-7777 | | | | $43,967.49 | $0.00 | $43,967.49 |
| Edafa Industries Inc<br>1460 SW 3rd St # 6<br>Pompano Beach, FL 33069 | | | | | | $36,282.67 |

Debtor **Wilson Manifolds, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Florida Department of Revenue<br>5050 W Tennessee St.<br>Tallahassee, FL 32399-0125 | | | | | | $7,766.08 |
| Gere Marie Corporation<br>1275 Ensell Road<br>Lake Zurich, IL 60047 | | | | | | $4,565.60 |
| Glenn Speck N & G Investments, Ltd.<br>2931 Ne 22nd Ct<br>Pompano Beach, FL 33062 | | | | | | $15,764.69 |
| Hydro Extruder, LLC<br>2905 Old Oakwood Road<br>Gainesville, GA 30504 | | | | | | $4,782.61 |
| Inkberry Design Studio<br>9174 Gregory Court<br>Mentor, OH 44060-5396 | | | | | | $3,250.00 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>POB 7346<br>Philadelphia, PA 19101 | | **Unpaid taxes** | | | | **Unknown** |
| Jan Kipnis<br>c/o Greenspoon Marder, LLP<br>200 E. Broward Boulevard, Suite 1800<br>Fort Lauderdale, FL 33301 | | | **Contingent Unliquidated Disputed** | | | $2,000,000.00 |
| Jose M. Herrera, P.A.<br>2350 Coral Way, Ste. 201<br>Miami, FL 33145 | | **Attorneys' Fees** | | | | $4,500.00 |
| Moore Good Ink<br>c/o Vic News Letter<br>167 New Hope Rd<br>Dawsonville, GA 30534 | | | | | | $11,910.00 |

Debtor  **Wilson Manifolds, Inc.**　　　　　　　　　　　　　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Peter Paul Electronics Co., Inc.<br>P. O. Box 1180<br>New Britain, CT 06050 | | | | | | $3,190.61 |
| Power Auto Media<br>25843 Jefferson Ave<br>Murrieta, CA 92562 | | | | | | $2,840.00 |
| Pro-Filer<br>PO Box 217<br>New Carlisle, OH 45344 | | | | | | $9,331.90 |
| The SolidExperts<br>2005 Cypress Creek Rd, Ste 105<br>Fort Lauderdale, FL 33309 | | | | | | $2,790.00 |